BONNIE CHAVEZ (S.B.N. 198124)
bchavez@sag.org
ALLISON HOOVER (S.B.N. 239435)
ahoover@sag.org
COUNSEL
SCREEN ACTORS GUILD, INC.
5757 Wilshire Blvd., 8th Floor
Los Angeles, CA 90036-3600
Telephone: (323) 549-6623
Facsimile: (323) 549-6624

**MADE JS-6**

Attorney for Petitioner
Screen Actors Guild, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>Petitioner,<br>v.<br><br>DETENTION, LTD., ANDERSON FILM, INC., and SINGA HOME ENTERTAINMENT,<br><br>Respondents. | **Case No.: CV 09-6028 GW (ARGx)**<br><br>JUDGMENT CONFIRMING ARBITRATION AWARD<br><br><br>**DATE: October 15, 2009**<br>**TIME: 8:30 a.m.**<br>**COURTROOM: Spring St., 10**<br>**JUDGE: Hon. George H. Wu** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Awards and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. ("SAG") was considered by the Court on the pleadings and without formal hearing, pursuant to Local Rule 7-15.  Having considered the pleadings and arguments submitted by the parties:

///

///

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD

- 1 -

1  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment
2  be entered in this proceeding as follows:
3  1. The arbitration awards in SAG Case No. 2004-0109, dated August 22,
4  2005, and July 21, 2007, executed by Arbitrator Sara Adler are confirmed in all
5  respects.
6  2. PRODUCER [DETENTION, LTD. and ANDERSON FILM, INC.] is
7  ordered to pay as follows:

    (a)    To SAG on behalf of affected performers, the sum of $228,287.45 which represents the following:

        $117,407.28 as salary

        $15,615.17 in P&H

        $95,265.00 in LPLD;

3. PRODUCER [DETENTION, LTD. and ANDERSON FILM, INC.] and DISTRIBUTOR [SINGA HOME ENTERTAINMENT] are ordered to pay as follows:

    (a)    To SAG on behalf of affected performers, the sum of $89,000.00 as damages;

    (b)    To SAG as and for SAG's attorney's fees incurred in this action, the sum of $1,800.00; and

    (c)    To SAG as and for SAG's costs incurred in this action, the sum of $350.00.

///
///
///
///
///
///
///

4. SAG is hereby granted an irrevocable assignment of any monies received or to be received by Respondents from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as *"Detention"* aka *"Learning Curve"*.

Dated: May 20, 2010

*[signature]*

GEORGE H. WU, U.S. District Judge